# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| David Nathaniel Roberts, | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s), | 2:19-cv-01823-VBF-RAO |
| v. | |
| CDCR Trust Office, | **ORDER OF DISMISSAL OR REMAND** |
| Defendant(s)/Respondent(s). | |

**The Court previously received from** ☒ **Plaintiff(s)/Petitioner(s)** ☐ **Defendant(s)/Respondent(s):**

☐ an IFP Request with no accompanying Complaint/Petition/Notice of Removal.

☒ a Complaint/Petition/Notice of Removal without an accompanying IFP Request or payment of the filing fees.

☐ a Complaint/Petition/Notice of Removal with a partial filing fee payment for an amount less than the required $400.

The Court sent a warning letter to ☒ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s) advising that failure to correct this deficiency within FOURTEEN DAYS from the date of the warning letter would result in dismissal or remand of this case. More than FOURTEEN DAYS have now passed, and the deficiency has not been corrected.

Accordingly, this case is HEREBY ORDERED

☒ DISMISSED. No further filings shall be accepted under this case number.

☐ REMANDED to the _____ . No further findings shall be accepted under this case number.

IT IS SO ORDERED.   The case shall be TERMINATED (JS-6).

Dated: July 15, 2019

*Valerie Baker Fairbank*
**United States District Judge**
The Hon. Valerie Baker Fairbank